# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3276
L.T. Case No. 2021-CA-003718

_____

JOSE QUINONES AND NANCY
QUINONES,

    Appellants,

    v.

UNIVERSAL PROPERTY &
CASUALTY INSURANCE COMPANY,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Bruce R. Anderson, Jr., Judge.

Paul B. Feltman and Brian C. Costa, of Alvarez,
Feltman, Da Silva & Costa, P.L., Miami, for Appellants.

Kara Rockenbach Link and David A. Noel, of Link &
Rockenbach, P.A., West Palm Beach, for Appellee.

April 16, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____